892 A.2d 679

IN THE MATTER OF FRANK J. COZZARELLI, AN ATTORNEY
AT LAW (ATTORNEY NO. 021501977).

March 9, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–284, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **FRANK J. COZZARELLI** of **BELLEVILLE,** who was admitted to the bar of this State in 1977, and who thereafter was temporarily suspended from the practice of law by Order of the Court filed January 24, 2005, and who remains suspended at this time, should be suspended from practice for a period of one year on the basis of his guilty plea to one count of tax evasion (*U.S.C.A.* § 7201), conduct in violation of *RPC* 8.4(b) (committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **FRANK J. COZZARELLI** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined that the thirteen months that respondent has been suspended from practice constitutes adequate discipline for his unethical conduct and that respondent should be eligible to apply for reinstatement to practice at this time;

And good cause appearing;

It is ORDERED that **FRANK J. COZZARELLI** is hereby suspended from the practice of law for a period retroactive to January 24, 2005; and it is further

ORDERED that **FRANK J. COZZARELLI** is eligible to apply to the Disciplinary Review Board for reinstatement to practice; and it is further

ORDERED that **FRANK J. COZZARELLI** continue to comply with *Rule* 1:20–20 dealing with suspended attorneys until such time as he is reinstated; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.